UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

David Elliott
Kristine Elliott

Chapter 13
Case No: 19-43114
JUDGE: THOMAS TUCKER

Debtor(s)
_____/

**ORDER GRANTING OBJECTION TO CLAIM# 3 OF
AMERICAN HONDA FINANCE CORPORATION**

Upon the Objection to Claim # 3 of AMERICAN HONDA FINANCE CORPORATION, Notice of Objection, Proof of Service and subsequent Certification that no responses were filed, and pursuant to L.B.R. 3007-1(c)(E.D.M.); no response having been filed by Creditor, and the Court having been otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the claim #3 of AMERICAN HONDA FINANCE CORPORATION, Creditor, herein, is hereby disallowed in its entirety as filed.

IT IS FURTHER ORDERED that Debtor(s) are current.

IT IS FURTHER ORDERED that the Trustee is not obligated to recoup any funds previously disbursed to this Creditor.

**Signed on May 17, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge